UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED,<br><br>*Plaintiff*<br><br>v.<br><br>AIJIMICHUANGYI, ARRET, AUTBYWQ, BLIIY, CATWALKK, CHENCHANGYINGDEBEIMEIDIANPU, CHUZHUO, CX-GAME, DENASSY US, DOG DOG PARTY, ESEHOYO, FINESTORE168, FUNNY PARTY STORE, HUANCAIDP, JOYPARTY-US, LUCKTIME, NIUIYIYI, NLUS DIRECT, READIGO, SUNNY US STORE, XBLUE, XIN-STORE, YOUDABB, YUEXIAODP, YURDOOP, YUYUANB, ZHANGJIJUN, ZHANGXIUFANGDIANPU and 通山县郝春敏商贸有限公司 a/k/a TONGSHAN COUNTY HAO CHUNMIN TRADING CO., LTD.,<br><br>*Defendants* | CIVIL ACTION NO.<br>22-cv-7933 (AKH)<br><br><u>UNSEALING<br>ORDER</u> |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 3 day of April, 2023, at 12:00 p.m.
New York, New York

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE